UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MAURICE HARDY,

    Petitioner,

v.                                       Case No. 07-C-425

SAND RIDGE SECURE TREATMENT CENTER,

    Respondent.

## ORDER

On October 13, 2007, this court received the magistrate judge's recommendation that this petition be dismissed. This court concurs with the magistrate judge's conclusion: the petitioner is incarcerated under Chapter 980, but his petition seeks merely to "reopen" his 1996 conviction rather than to allege any kind of subsequent state court error related to his current incarceration. In addition to the concerns noted by the magistrate judge, the petition would clearly be untimely. Nor does petitioner's objections / request for an extension of time have any perceptible relation to relief available in these proceedings. Because the relief sought is not available under 28 U.S.C. § 2254, the petition is ordered **DISMISSED**.

**SO ORDERED** this   22nd   day of October, 2007.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge